BROWNSTEIN HYATT FARBER SCHRECK, LLP
TRAVIS F. CHANCE, Bar No. 303566
tchance@bhfs.com
EMILY DYER, Bar No. 321707
edyer@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California 90067-3007
Telephone:  310.500.4600
Facsimile:   310.500.4602

Attorneys for Movant
AREA 15 LAS VEGAS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO LISA JARAMILLO, AND GEORGE JARAMILLO, I<br><br>GEORGE JARAMILLO, II, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, a Delaware Limited Liability Company, AREA 15 GLOBAL LLC, a Delaware Limited Liability Company, ARNOLD FISHER, an Individual, KENNETH FISHER, an Individual, STEVEN FISHER, an Individual, WINSTON FISHER, an Individual, FISHER BROTHERS MANAGEMENT CO. LLC, a New York Limited Liability Company, FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, a New York Limited Liability Company, and DOES 1-50 Inclusive<br><br>Defendants. | CASE NO.:  8:23-mc-0004<br><br>Underlying Litigation:<br>Case No. 2:21-cv-00891-RFB-BNW<br>United States District Court<br>District of Nevada<br><br>**[DISCOVERY MATTER]**<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br>**[C.D. CAL. L.R. 83-1.4]** |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, in compliance with Local Rule 83-1.4, Movant Area 15 Las Vegas LLC ("**Area 15 LV**") hereby notify the Court that the above-referenced case is related to the following underlying action: *George Jaramillo, II v. Area 15 Las Vegas LLC, et al.*, Case No.: 2:21-cv-00891-RFB-BNW, U.S. District Court for the District of Nevada ("**Underlying Litigation**").

**A.   Parties to the Underlying Litigation**

The plaintiff in the Underlying Litigation is George Jaramillo, II ("Jaramillo Jr.").

The defendants in the Underlying Litigation include several entities: Area 15 LV; Area 15 Global LLC, Fisher Brothers Management Co. LLC, and Fisher Brothers Financial and Development Company LLC (collectively, "Corporate Defendants"). The defendants in the Underlying Litigation also include several individuals: Kenneth Fisher, Steven Fisher, and Winston Fisher (collectively, "Individual Defendants").

**B.   Counsel in the Underlying Litigation**

Counsel for the Jaramillo Jr. in the Underlying Litigation include:

Edwin B. Brown, Esq.
edbrownlaw@gmail.com
BROWN, CLARK, LE, AMES, STEDMAN & CEVALLOS LLP
22342 Avenida Empresa, Suite 125
Rancho Santa Margarita, CA 92688
949.459.5900

Kory L. Kaplan, Esq.
kory@kaplanyoung.com
KAPLAN YOUNG
10091 Park Run Drive, Suite 190
Las Vegas, NV 89145
702.381.8888

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3550
310.500.4600

Counsel for the Jaramillo Jr. in the Underlying Litigation include:

Lisa Hogan, Esq.
lhogan@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Ste 2200
Denver, CO 80202
303.223.1100
Travis F. Chance, Esq.
tchance@bhfs.com
Emily L. Dyer, Esq.
edyer@bhfs.com
Chelsee C. Jensen, Esq.
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Ste. 1600
Las Vegas, NV 89106
702.382.2101

**C.    Statement of the Underlying Litigation's Relation to this Matter**

The Underlying Litigation involves Jaramillo Jr.'s allegations that he was recruited to work for Area 15 LV, promised substantial pay and scheduled pay increases, and was subsequently fired under false pretenses for attempting to complain about race and sexual orientation discrimination. Area 15 LV issued two subpoenas in accordance with FRCP 45 to his parents: George Jaramillo, I ("Mr. Jaramillo") and Lisa Jaramillo ("Mrs. Jaramillo"). The subpoenas seek documents and communications that Jaramillo Jr. testified to keeping and exchanging with his parents. But his parents failed to respond in any manner to the subpoenas, requiring the instant matter to be initiated to enforce the subpoenas. The subpoenas were issued by the U.S. District Court, District of Nevada.

DATED: February 1, 2023        Respectfully Submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Travis F. Chance*
TRAVIS F. CHANCE
EMILY L. DYER
Attorneys for Movant,
AREA 15 LAS VEGAS LLC