JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:23-mc-00004 JWH (ADSx)                    Date: March 2, 2023

Title: *In Re Subpoenas to Lisa Jaramillo and George Jaramillo, I*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER GRANTING MOTION TO TRANSFER**

Before the Court is Defendant Area 15 Las Vegas, LLC's ("Area 15") Motion to: (1) Enforce Subpoenas *Duces Tecum* in a Civil Case to George Jaramillo, I and to Lisa Jaramillo; (2) For an Order to Show Cause as to Why the Jaramillos Should Not Be Held in Contempt Under FRCP 45(g); and (3) Transfer this Subpoena-Related Motion to the District of Nevada.  (Dkt. No. 1.)  The Court finds these matters appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; L.R. 7-15.

Pursuant to Fed. R. Civ. P. 45(f), the Court finds that exceptional circumstances exist justifying transfer of the Motion.  It is hereby ordered that this Motion is **TRANSFERRED** to the United States District Court for the District of Nevada, where the underlying action (*Jaramillo, II v. Area 15 Las Vegas LLC et al.*, Case No. 2:21-cv-00891-RFB-BNW) is pending.

**IT IS SO ORDERED.**

Initials of Clerk kh